RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Michael J. Moore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MICHAEL J. MOORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Executive Assistant United States Attorney, and Patrick Burns, Trial Attorney, Department of Justice – Tax Division, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael J. Moore, that the Sentencing Hearing currently scheduled on December 8, 2025 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.  Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Moore, which is relevant to the sentencing disposition of this case. Additionally, defense counsel needs time to discuss sentencing with her client.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 8th day of October 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Trial Attorney<br>Department of Justice – Tax Division |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. MOORE,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00225-JCM-NJK<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Monday, December 8, 2025 at 10:00 a.m., be vacated and continued to **March 9, 2026** at the hour of **10:00 a.m.**

　　　DATED October 10, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE