| | |
|---|---|
| 1 | SIGAL CHATTAH |
| | Acting United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 8264 |
| 3 | SUSAN CUSHMAN |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 |
| | Susan.Cushman@usdoj.gov |

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JAD-NJK |
| Plaintiff, | **Order Granting Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| MICHAEL J. MOORE, | ECF No. 2 |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Patrick Burns, Trial Attorney with the Tax Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

Trial Attorney Burns is a member in good standing of the bar of the state of Nevada and an inactive member of the bars of the state of California and the District of Columbia. He is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

/ / /

Contact information for Mr. Burns is provided below:

Patrick Burns
Trial Attorney
U.S. Department of Justice
Tax Division
150 M. St. NE
2nd Floor
Washington, DC 20002
Tel: 202-514-2901
Email: J.Patrick.Burns@usdoj.gov

Dated: September 2, 2025

                                                                Respectfully submitted,

                                                                */s/ Susan Cushman*
                                                                SUSAN CUSHMAN
                                                                Assistant United States Attorney
                                                                Chief, Criminal Division

IT IS SO ORDERED:  _____
                                          HONORABLE JENNIFER A. DORSEY
                                          UNITED STATES DISTRICT JUDGE

Dated: 10/29/25