UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JAD-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. MOORE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, March 9, 2026 at 10:00 a.m., be vacated and continued to June 8, 2026, at the hour of 10:00 a.m.

DATED this 6th day of January 2026.

_____
UNITED STATES DISTRICT JUDGE