**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. MOORE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 8, 2026 at 10:00 a.m., be vacated and continued to July 16, 2026 at the hour of 11:00 a.m.

DATED this 7th day of April 2026.

_____
UNITED STATES DISTRICT JUDGE

3