RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Michael J. Moore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JAD-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| MICHAEL J. MOORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael J. Moore, that the Sentencing Hearing currently scheduled on July 16, 2026 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Moore, which is relevant to the sentencing disposition of this case.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 22nd day of June 2026.

RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                        Acting Attorney General of the United States


   /s/ Rebecca A. Levy                              /s/ Richard Anthony Lopez
By_____          By_____
REBECCA A. LEVY                             RICHARD ANTHONY LOPEZ
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00225-JAD-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. MOORE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, July 16, 2026 at 11:00 a.m., be vacated and continued to September 2, 2026, at the hour of 10:00 a.m.

DATED this 22nd day of June 2026.

_____
UNITED STATES DISTRICT JUDGE

3